

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00033-CV

HELEN BUTTS TIPPS, SUE ETHEL MCEACHERN, ESTATE OF FLORA L. THOMPSON, PERRY THOMPSON, JR., INDEPENDENT EXECUTOR, PERRY THOMPSON, JR., AND SANDRA SUE SARTAIN, Appellants

V.

CHINN EXPLORATION COMPANY, AND CHEROKEE ROYALTY SYNDICATE, HOWARD P. COGHLAN, RECEIVER, Appellees

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 2009-2036-A

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

Court reporter Grelyn Freeman recorded the trial court proceedings in cause number 06-13-00133-CV, styled *Helen Tipps, Sue McEachern, Estate of Flora L. Thompson, Perry Thompson Jr., Independent Executor, Perry Thompson, Jr. and Sandra Sue Sartain v. Chinn Exploration Co. and Cherokee Royalty Syndicate, Howard P. Coghlan, Receiver*, trial court cause number 2009-2036-A, in the 188th Judicial District Court of Gregg County, Texas. The reporter's record was originally due in this case July 25, 2013, and was currently due to be filed by September 25, 2013. Freeman has filed two previous motions to extend time to file the reporter's record. We granted the first two motions and stated in our disposition of the second motion that we would not look on a third request with favor.

Freeman has now filed a third motion seeking more time to prepare the record in this appeal. She states, without specifics, that this record is voluminous and notes that she has recently completed one other record which was filed by this Court September 30, 2013.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure the filing of the record in this case.

Therefore, we hereby overrule Freeman's motion to extend time to file the record and order her to file the reporter's record in cause number 06-13-00033-CV to be received by this Court no later than Monday, October 28, 2013.

2

If the record is not received by October 28, we warn Freeman that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date: October 8, 2013